Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> IS VENTURES, INC., <br><br> Defendant. | Case No.: CV 09 4418 VRW <br><br> **STIPULATION TO PERMIT AUDIT AND STAY ACTION FOR 90 DAYS; ORDER THEREON** <br><br> Hearing Date: May 13, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 6, 17th Floor <br> **Hon. Vaughn R. Walker** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendant IS Ventures, Inc., on the other hand, that pursuant to the Motion for Mandatory Injunction set for May 13, 2010, Defendant IS Ventures, Inc., hereby agrees that this Court shall order IS Ventures, Inc., within 60 days of execution of the Order by this Court, to submit to an audit of its books and records and to produce and permit the auditors from Plaintiffs Trust Funds

– 1 –
STIPULATION TO PERMIT AUDIT AND STAY ACTION FOR 90 DAYS; ORDER THEREON

to inspect the following for the audit period January 1, 2006 through May 2010:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

IT IS FURTHER STIPULATED that this action be stayed for 90 days to allow the audit and further, to allow the parties additional time to review and discuss the results of audit in an attempt to resolve any dispute regarding the audit findings.

DATED: February 26, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: February 26, 2010

IS VENTURES, INC.

By _____
Qamarruddin Sheikh

Officer of IS Ventures, Inc.

- 2 -

STIPULATION TO PERMIT AUDIT AND STAY ACTION FOR 90 DAYS; ORDER THEREON

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing:

IT IS HEREBY ORDERED that Defendant IS Ventures, Inc. shall, within 60 days of execution of this Order, submit to an audit of its books and records and to produce and permit the auditors from Plaintiffs Trust Funds to inspect the following for the audit period January 1, 2006 through May 2010:

> California Quarterly Report of Wages, Form DE-6; Federal Tax Forms W-3/W-2 and 1069/1099; Payroll Registers/Journals; Individual Earnings Records; Source Records, including time cards and time card summaries for all employees; contribution reports for all trust funds; workers' compensation reports; certified payroll reports; personnel records indicating job classifications and hire/termination dates; cash disbursement journal; vendor invoices; copies of subcontract agreements; cash receipts journal; general ledger; job cost records; records of related entities; and any other books and records that may be necessary to complete the auditor's determination or provide additional explanation.

IT IS FURTHER ORDERED that this case is stayed for 90 days. A Case Management Conference shall be scheduled for __August 12__, 2010 at 3:30 p.m., Courtroom 6, 17th Floor. The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of the audit and the parties' informal attempts to resolve any dispute regarding the results of audit.

DATED: __April 28__, 2010

By _____
HON. _____
UNITED STATES DISTRICT JUDGE



GRANTED
Judge Vaughn R Walker

12358298.1