Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>IS VENTURES, INC.,<br><br>Defendant. | Case No.: CV 09 4418 VRW<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Hearing Date: August 12, 2010<br>Time: 3:30 p.m.<br>Courtroom: 6, 17th Floor<br>**Hon. Vaughn R. Walker** |

## STATEMENT

Plaintiffs filed their Third Amended Complaint for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions ("Third Amended Complaint") on June 25, 2010, based on the revised results of an audit conducted on IS Ventures, Inc. The Third Amended Complaint was served on IS Ventures, Inc. on June 29, 2010. No responsive pleading was filed. Plaintiffs intend to proceed in default.

– 1 –

On July 16, 2010, in a companion case, the Cement Masons Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions: *Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al. v. IS Ventures, Inc.* USDC Northern District Case No. CV 10 3123.

The lawsuit filed by the Laborers Trust Funds, in this present action, is related to the recent case filed by the Cement Masons Trust Funds. Plaintiffs Laborers Trust Funds will file and serve a Notice of Related Case and have the two cases consolidated. Plaintiffs Laborers Trust Funds believe that both cases will proceed via default proceedings.

Based on the above, Plaintiffs Laborers Trust Funds respectfully request that the Case Management Conference be continued for 60 days, at which time the Notice of Related Case will be filed, the cases will be consolidated and Plaintiffs anticipate that default proceedings will have been initiated.

DATED: July 30, 2010

                         BULLIVANT HOUSER BAILEY PC

                         By _____
                              Ronald L. Richman
                              Susan J. Olson

                         Attorneys for Plaintiffs

**ORDER**

Based on the above and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference scheduled for August 12, 2010 be continued to __October 21__, 2010 at 3:30 p.m., Courtroom 6, 17th Floor. The parties are required to submit a Joint Case Management Conference Statement seven (7) days prior to the new Case Management Conference advising this Court as to the status of the audit and the parties' informal attempts to resolve any dispute regarding the results of audit.

DATED: __Aug 3__, 2010

By _____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

12716466.1